```
FILED
CLERK, U.S. DISTRICT COURT

OCT 2 3 2024

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH PAUL,<br><br>Defendant. | Case No. 8:16-cr-00029-MRA -9<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

On October 22, 2024, Defendant Kenneth Paul made his initial appearance on the petition for revocation of supervised release and warrant for arrest. Alan Eisner of the Indigent Defense Panel was appointed to represent Mr. Paul. The government was represented by Assistant U.S. Attorney Will Larsen.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

The allegations in the Petition, including that Mr. Paul has frequent, albeit relatively minor, failures to comply with the conditions of his supervision. The PSR reflects that Mr. Paul failed to appear on numerous occasions in state court. While it appears, based on the information available to the Court, that Mr. Paul may have taken care of most or all the outstanding warrants, the repeated failure to appear for court appearances persuades the Court that Mr. Paul has not satisfied his burden under this prong.

B.    ☐    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

*Given the finding with respect to non-appearance, the Court declines to make any finding with respect to danger to the community.*

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: October 23, 2024

_____
/s/
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

2